UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60320
_____


DAVID TORJUSEN,

Plaintiff-Appellant,

versus

STATE OF MISSISSIPPI, By and Through Mike Moore, Attorney
General, ET AL,

Defendants,

STATE OF MISSISSIPPI, By and Through Mike Moore, Attorney
General; JACKSON COUNTY, MISSISSIPPI; JAMES R. HOSKINS,
Individually and in His Official Capacity As A Commissioner
of The Jackson County Port Authority Board; GLENN D.
BROCHARD, Individually and In His Official Capacity As A
Commissioner of the Jackson County Port Authority Board;
CHARLES PERSONS, Individually and In His Official Capacity
As A Commissioner of The Jackson County Port Authority
Board; OSCAR R. JORDON, Individually and In His Official
Capacity As A Commissioner of The Jackson County Port
Authority Board; BETTY ENGLE, Individually and In Her
Official Capacity As A Commissioner of The Jackson County
Port Authority Board; STATE STALLWORTH, SR.,Individually and
In His Official Capacity As A Commissioner of The Jackson
County Port Authority Board; CURTIS BRIGHT, Individually and
In His Official Capacity As A Commissioner of The Jackson
County Port Authority Board; WILLIAM MITCHELL, Individually
and In His Official Capacity As A Commissioner of The
Jackson County Port Authority Board; ALLEN MOELLAR,
Individually and In His Official Capacity as The Harbor
Master for The Jackson County Port Authority; DONALD A.
FOSTER, doing business as Pascagoula Bar Pilots Association;
MICHAEL CHARLES TORJUSEN, doing business as Pascagoula Bar
Pilots Association; RONNIE ROBERTSON, doing business as
Pascagoula Bar Pilots Association; JOHNNY S. TILLMAN,
Individually and In His Official Capacity As A Commissioner
of The Jackson County Port Authority; MICHAEL CASEY, doing
business as Pascagoula Bar Pilots Association; ROBERT T.
BAKER, doing business as Pascagoula Bar Pilots Association;
MICHAEL lUMPTON, doing business as Pascagoula Bar Pilots
Association,

Defendants-Appellees,

and

PAUL SMITH, Individually and In His Official Capacity As the
Director for The Jackson County Port Authority

Defendant.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
_____

June 12, 1996

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

The court has considered appellant's position in light of
the briefs and pertinent portions of the record.  Having done so,
we find no reversible error of fact or law and affirm for
essentially the reasons stated by the district court in it's
careful and thorough opinion.

AFFIRMED.

_____

[*]  Pursuant to Local Rule 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in Local Rule 47.5.4.